UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. BROWN,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>BATREZ, et al.,<br><br>　　　　Defendants. | Case No. 18-1545-SJO (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the official capacity claims alleged in the Complaint are dismissed without leave to amend; (2) Claim I is dismissed against Defendants Curiel, Estrada, Fordham, and Stratman without leave to amend; (3) Claim II is dismissed without leave to amend; (4) pursuant to this Order, the Complaint consists solely of the Claim I Eighth Amendment excessive force claim

alleged against Defendant Batrez in his individual capacity; and (5) the Magistrate Judge shall issue such further Orders are appropriate.

DATE: May 24, 2018

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE