# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. BROWN,<br>    Plaintiff<br>v.<br>BATREZ,<br>    Defendants. | Case No. 2:18-cv-01545-SJO (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: 9/25/18.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE